## 27927. MABLEY v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED JUNE 21, 1973.

*Hill, Jones & Farrington,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.